FILED

11/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0288

_____

IN RE THE MATTER OF THE GUARDIANSHIP
OF:

A.M.T.S.:

DAVID MARK SAMMONS,

        Petitioner and Appellee,

    v.

ECHO RENE SIMS,

        Respondent and Appellant.

O R D E R

_____

The record was filed for purposes of this appeal on September 29, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 1, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 1 2022